Ryan E. Hatch (SBN 235577)
ryan@hatchlaw.com
**HATCH LAW, PC**
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066
Tel: (310) 279-5076
Fax: (310) 693-5328

James B. Haddow, Esq. (*Pro Hac Vice* forthcoming)
Michael A. Poulin, Esq. (*Pro Hac Vice* forthcoming)
**PETRUCCELLI, MARTIN & HADDOW, LLP**
2 Monument Square, Suite 900
P.O. Box 17555
Portland, Maine 04112-8555
Tel:(207) 775-0200
jhaddow@pmhlegal.com
mpoulin@pmhlegal.com

*Attorneys for Plaintiff Aaron Robinson*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AARON ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>ALEX BINELLO, and ROBLOX CORPORATION, a Delaware Corporation,<br><br>Defendants. | **CASE NO. 3:24-cv-06501**<br><br>**COMPLAINT; REQUEST FOR INJUNCTION**<br><br>**DEMAND FOR JURY TRIAL** |

NOW COMES Plaintiff Aaron Robinson ("Mr. Robinson" or "Plaintiff"), by and through undersigned counsel, and in support of his claim against Defendants Alex Binello ("Mr. Binello"), and Roblox Corporation ("Roblox"), under 17 U.S.C. §§ 106, and 501 et seq. states as follows:

## INTRODUCTION

This is an action for the Copyright Infringement of a Musical Composition recorded by the Plaintiff ("Plaintiff's Work") in 1993 and infringed by the Defendant Mr. Binello in or about 2016 when he made a copy of the Plaintiff's Work and infringed by Defendant Roblox in 2016 when it installed the Plaintiff's Work in an online game MeepCity and thereafter distributed it to hundreds of thousands of users of that game.

## PARTIES

1. Mr. Robinson is a domiciliary of Maine, an award-winning composer, conductor, musicologist and best-selling author, who performed and recorded the work Maple Leaf Rag (hereinafter referred to as "Plaintiff's Work") on piano, originally composed by Scott Joplin. Plaintiff's Work was first recorded in 1993 and published with other works in an album titled RAGTIME! in 1999. The same works were then re-published in 2011 in an album titled "THEY ALL PLAYED RAGTIME". The album RAGTIME! was registered with the United States Copyright Office on June 27, 2024, registration number SR1-002-128. Plaintiff's Work is included under registration number SR1-002-128 as "Track Number 1". *See* Exhibit A.

2. Defendant Mr. Binello is a game designer who, upon information and belief, is domiciled in California. In 2016, using the Roblox platform, Mr. Binello co-created the game "MeepCity". MeepCity is an interactive game played on the Roblox platform.

3. Defendant Roblox is a publicly traded Delaware corporation with its principal place of business at 970 Park Place, San Mateo, California 94403. Roblox owns and operates an online platform that houses interactive games, some of which are

created by developers, played by millions of users throughout the world each day. Roblox reached a valuation of $45 billion in 2021 and is currently valued around $25 billion.

## JURISDICTION AND VENUE

4. This is a civil action in which Plaintiff seeks damages for copyright infringement under the Copyright Act, 17 U.S.C. § 101, *et seq.*

5. This Court has original subject matter jurisdiction over Plaintiffs' copyright infringement claims pursuant to 28 U.S.C. § 1331 and 1338(a).

6. This Court has personal jurisdiction over Roblox because Roblox maintains its principal place of business in San Mateo, California.

7. This Court has personal jurisdiction over Mr. Binello as, upon information and belief, he is domiciled in California.

8. Venue is proper under 28 U.S.C. § 1391(b)(1) as Roblox is located in the district and Mr. Binello resides in the State in which the district is located.

## ALEX BINELLO AND MEEPCITY

9. Under the handle "Alexnewtron", Mr. Binello was the developer of the interactive game "MeepCity".[1]

10. MeepCity was created by Mr. Binello in 2016 using the Roblox platform.

11. Between 2016 and 2022 MeepCity was played by millions of users on the Roblox Platform, with an active player count around 50,000 users at any given time.[2]

---

[1] Matt Weinberger, *A video game turned this self-taught 23-year-old programmer into a budding mogul who can support his mom and brother*, yahoo!finance (Jul. 22, 2018), https://finance.yahoo.com/news/self-taught-23-old-programmer202906042.html?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuYmluZy5jb20v&guce_referrer_sig=AQAAAIwhtyXo75z2keQ6t_r7ypEjKeqw20mw_TkcxqgMaoCauJncx5T8Q5YhAQ1vMAnNKH_v3dPWk0nDFUXI6hLq9LV2DufcPQUusFr96JTCNyflN2efliP4IXyb_1pgCInm2hxMZWqFEAKmTwypgu8or9-c9Q19aOeDhoDq1fzjCZwR.

[2] Grace Doyle, *Is Roblox MeepCity shutting down in 2022? / What really happened to Meep City*, Pro Game Guides (Feb. 17, 2022, 2:53 PM), https://progameguides.com/roblox/is-roblox-meepcity-shutting-down-in-2022-what-really-happened-to-meepcity/.

1    12.    MeepCity is a game that has been characterized by Roblox as "The game that is Powering Imagination! Chat, play games, earn coins, and customize your very own estate! Play with millions of players who play MeepCity!"[3]

13.    MeepCity is known as an interactive role-playing game where users create avatars, complete missions, and interact with other users in-game.

14.    After its release in 2016, MeepCity became Roblox's most popular game as the first Roblox game to have more than a billion visits.[4]

15.    A popular feature within the MeepCity game from 2016 to 2022 was a pizzeria which allowed users to gather and talk to each other. Within the Pizzeria was a piano where users could sit down, play the piano, and earn points to use within the game.

16.    The MeepCity pizzeria piano ("Piano") was a popular feature among the millions of users between 2016 and 2022, one user stating that "everyone used to fight for the piano."[5]



---

[3] ROBLOX, https://www.roblox.com/games/3272055484/MeepCity-School#!/about (last visited Sep. 9, 2024).

[4] Dean Takahashi, *Roblox's 10 biggest games of all time – each with more than a billion plays*, VentureBeat (Dec. 9, 2019, 7:15 AM), https://venturebeat.com/business/robloxs-10-biggest-games-of-all-time-each-with-more-than-a-billion-plays/#:~:text=Released%20in%202016%20by%20a%20developer%20who%20goes,to%20ever%20get%20more%20than%201%20billion%20visits.

[5] YouTube, https://www.youtube.com/watch?v=Km3QgCc_0W8 (last visited Sep. 9, 2024).

3
COMPLAINT

17. The only song the Piano played was the Plaintiff's recording of Maple Leaf Rag, the Plaintiff's Work.

18. From 2016 to 2022, upon information and belief, the Plaintiff's Work played on a continuous two-minute loop every time a user sat down at the Piano. "To the right of the entrance is a microphone and a piano. When sitting at the piano, it will play the same song no matter what. Maple Leaf Rag." [6]

19. Sometime during the creation of MeepCity, Mr. Binello, without the knowledge or permission of the Plaintiff, uploaded Plaintiff's Work to the Roblox server for use within the MeepCity game.

20. On information and belief, Roblox employees with authority to moderate and approve information uploaded to the Roblox Platform, reviewed Mr. Binello's upload of Plaintiff's Work, approved the upload, created a copy, and stored the copy on the Roblox Server.

21. Every time the Plaintiff's work played on the Piano in Mr. Binello's game MeepCity, Mr. Binello infringed on the Plaintiff's rights in the work.

22. The illegal use of Plaintiff's work contributed to the popularity of MeepCity which in turn provided Mr. Binello substantial financial benefit.

23. Mr. Binello's unauthorized use of Plaintiff's Work has caused Plaintiff significant and irreparable harm. Through his conduct, Mr. Binello is liable for the direct infringement of Plaintiff's exclusive rights under copyright law to reproduce, adapt, distribute, and publicly perform his Work.

## ROBLOX

24. Roblox owns and operates an online gaming platform and game creation system where "[p]eople everywhere can join Roblox and the millions of people creating, building, and connecting on the platform." [7]

---

[6] MeepCity Wiki, *Pizza Shack*, https://meep-city.fandom.com/wiki/Pizza_Shack (last visited Sep. 9, 2024).

[7] ROBLOX, https://corp.roblox.com/ (last visited Sep. 9, 2024).

25. The Roblox platform, which can be downloaded via the Roblox Website or via online app stores, contains software that provides users access to games created by other users ("developers"), such as MeepCity created by Mr. Binello, as well as games developed or sponsored by Roblox.

26. Millions of daily active users play games and interact with other users with their customizable "avatar" through the Roblox platform.

27. Roblox also has a "Creator Hub" where developers can use resources provided by Roblox to learn how to create their own games and experiences.

28. The platform developers use to make their own games is "Roblox Studio". Roblox Studio can be downloaded from the Roblox website or via online apps.

29. Developers (such as Mr. Binello) then use Roblox Studio's development toolkit to develop games and other in-game content for the platform. Developers can upload 3D models, images, audio files, and video files to the Roblox platform, which are then accessible in the Roblox Studio, as well as via the Roblox Website and Roblox Client.

30. The "Roblox Cloud" contains the underlying infrastructure to host and deliver content throughout the Roblox platform via Roblox's content delivery networks throughout the United States, and the world.

31. Stored within the cloud-based system are "assets". Assets are cloud-based items such as images, models, videos, fonts, and audio files.

32. Developers can gain access to assets, which they can then put in their game, in the Creator Store and the Marketplace, or they can import their own assets "directly into Studio using asset management tools."[8]

33. When a developer imports their own assets they upload an image, or in this case an audio file, from their personal hard drive to the Roblox Platform. If the asset

---

[8] Creator Hub, *Assets*, https://create.roblox.com/docs/projects/assets (last visited Sep. 9, 2024).

34. The act of importing a file to Roblox involves the user making a copy of the file and distributing it to Roblox, where it is then hosted on Roblox's servers.

35. When a user or developer imports a file containing music, the file is reviewed by the Roblox "Moderation team" to determine whether it adheres to Roblox Marketplace Policy,[9] and if it does, the file is transmitted, and an initial copy is created and hosted on a Roblox server.

36. Defendant Mr. Binello used Roblox to develop and launch his game MeepCity. In creating MeepCity, Mr. Binello imported the Plaintiff's Work to be used within the game, without the knowledge or permission of the Plaintiff.

37. Roblox allowed Mr. Binello to import the Plaintiff's Work, approving the uploaded audio file after review, assigning the imported audio file a unique asset ID and then storing an initial copy on the Roblox server.

38. Roblox provides users with mechanisms to download asset ID's from the Roblox server for use on the Roblox Platform. A Roblox user can download an asset (such as a song which Roblox has assigned an ID) and then store the song on their "Boombox", a feature within the Roblox Platform.

39. Roblox users pay a fee to Roblox for creating a Boombox and for each song they download to their Boombox.

40. Users can then play the song on their Boombox within any game on the Roblox platform which allows a Boombox.[10] When users play a song on their Boombox, all users within their vicinity can hear the song.

41. Users are then able to sell their Boombox with the downloaded asset ID's, for which Roblox shares in the profit.

---

[9] Creator Hub, *Moderation*, https://create.roblox.com/docs/marketplace/moderation (last visited Sep. 9, 2024).

[10] Lain Wilson, *How to use Roblox music codes to listen to tunes in your games*, gamesradar (Jan. 24, 2022) https://www.gamesradar.com/roblox-music-codes/

6

COMPLAINT

42. On information and belief thousands, if not millions, of Roblox users downloaded Plaintiff's Work to their Boombox for use throughout the Roblox platform, each paying a fee to Roblox for use of the Plaintiff's Work.

43. Roblox allows users to download asset ID's from Roblox to their personal hard drive where users can then listen and/or distribute a copy of the asset outside of the Roblox Platform.

44. On information and belief thousands, if not millions, of users illegally downloaded Plaintiff's work from the Roblox server onto their own personal hard drives.

45. Roblox is, and at the time of its infringement of the Plaintiff's Work was, aware that it had an obligation to adhere to federal laws and regulations regarding copyright, intellectual property and infringement.[11]

46. Roblox is, and at the time of its infringement of Plaintiff's work was, aware that it could "incur liability…as a result of claims related to content generated by our developers, creators, and users, including copyright infringement."[12]

47. Roblox has a history of litigation involving allegations of Roblox allowing developers and users to illegally upload and download audio file assets which are then widely used and downloaded throughout the Roblox Platform.[13]

---

[11] ROBLOX Corp., Annual Report (Form 10-K), No. 001-04321 at 24, 26, 60 (2021), https://www.sec.gov/Archives/edgar/data/1315098/000131509822000058/rblx-20211231.htm.

[12] *Id.* at 60.

[13] "On June 9, 2021, a number of entities claiming to own or control the rights to musical compositions, including Universal Music Corp., through a coordinated effort of the National Music Publishers Association, filed a lawsuit against the Company ("NMPA Lawsuit"), in the U.S. District Court for the Central District of California, captioned ABKCO Music, Inc.; Big Machine Music, LLC; Boosey & Hawkes, Inc.; Cherio Corporation; Concord Music Publishing LLC; Concord Music Group, Inc.; Downtown Music Publishing LLC; Hipgnosis SFH I Limited; Hipgnosis Songs Group, LLC; Kobalt Music Publishing America, Inc.; MPL Communications, Inc.; MPL Music Publishing, Inc.; Panther Music Corp.; Peer International Corporation; Peermusic Ltd.; Peermusic III, Ltd.; Polygram Publishing, Inc.; Rodgers & Hammerstein Holdings LLC; Pulse 2.0, LLC; Reservoir Media Management, Inc.; Songs of Peer, Ltd.; Songs of Universal, Inc.; Southern Music Publishing Co., Inc.; Spirit Music Holdings, Inc.; Universal Music – MGB NA LLC; Universal Music – Z Tunes LLC; Universal Music Corp.; Universal Music Publishing, Inc.; Universal Musica, Inc., Plaintiffs v. Roblox

48.  Roblox entices users and developers to join with free membership. Roblox then makes money by charging developers and users to import assets, as mentioned above, and through transactions via Robux, a virtual currency that Roblox charges users to purchase. Robux packages can be obtained through one-time purchases or monthly subscription options. The least expensive Robux package costs $4.99 for 400 Robux and the most expensive costs $199.99 for 22,500 Robux.[14] Robux are then used to make in-game purchases which Roblox receives a percentage of.

49.  Roblox's unauthorized use of Plaintiff's copyrighted work has caused Plaintiff significant and irreparable harm. Through its conduct, Roblox is liable for the direct infringement of Plaintiff's exclusive rights under copyright law to reproduce, adapt, distribute, and publicly perform his work. Roblox is also liable for the infringing acts of its users and developers under established theories of contributory and vicarious infringement.

### COUNT I – Direct Copyright Infringement (Against all Defendants)

50.  Plaintiff repeats and re-alleges each and every allegation in paragraphs 1 through 49 as though fully set forth herein.

51.  Defendant Mr. Binello used Plaintiffs Work without the permission and/or knowledge of the Plaintiff.

52.  By using the Plaintiffs Work, without the permission and/or knowledge of the Plaintiff, Mr. Binello engaged in the unauthorized reproduction, adaptation, distribution, and public performance of the copyrighted work for which Plaintiff is the legal or beneficial copyright owner. Such activity constitutes direct infringement by Mr. Binello in violation of 17 U.S.C. §§ 106 and 501 *et seq*.

---

Corporation, Defendant, alleging that the Company engaged in copyright infringement by using certain musical compositions on its Platform without necessary licenses. In September 2021, the Company entered into a settlement agreement regarding the NMPA lawsuit which settled the matter between the Company and the Plaintiffs." *Id.* at F-27.

[14] ROBLOX, *Buy Robux*, https://www.roblox.com/upgrades/robux?ctx=catalogNew (last visited Sep. 9, 2024).

8
COMPLAINT

53. Mr. Binello's acts of infringement were willful, intentional, and purposeful, in disregard of and with indifference to Plaintiffs rights.

54. Mr. Binello benefited financially from his infringement of Plaintiff's Work through millions of users who played his game and listened to the Plaintiff's Work.

55. As a direct and proximate result of Mr. Binello's infringement of Plaintiffs copyrights, Plaintiff is entitled to his actual damages pursuant to 17 U.S.C. § 504(b), including MeepCity's profits from infringement, as will be proven at trial.

56. By storing a copy of the Plaintiff's Work on its server, providing means of access to the Plaintiff's Work, and distributing the Plaintiff's Work to users, Roblox engaged in the unauthorized reproduction, adaptation, distribution, and public performance of Plaintiff's Work for which Plaintiff is the legal or beneficial copyright owner. Such activity constitutes direct infringement by Roblox in violation of 17 U.S.C. §§ 106 and 501 *et seq*.

57. Roblox's acts of infringement were willful, intentional, and purposeful, in disregard of and with indifference to Plaintiff's rights.

58. Roblox benefited financially from its infringement of Plaintiff's work.

59. As a direct and proximate result of Roblox's infringement of Plaintiffs copyrights, Plaintiff is entitled to his actual damages pursuant to 17 U.S.C. § 504(b), including Roblox's profits from infringement, as will be proven at trial.

**COUNT II – Contributory Copyright Infringement (Against Roblox)**

60. Plaintiff repeats and re-alleges each and every allegation in paragraphs 1 through 59 as fully set forth herein.

61. Roblox's users reproduced and distributed, without authorization, the Plaintiff's Work. Such activity constitutes direct infringement by Roblox's users in violation of 17 U.S.C. §§ 106 and 501 *et seq*.

62. Roblox's developer, Mr. Binello, reproduced and distributed, without authorization, the Plaintiff's Work. Such activity constitutes direct infringement by Roblox's users in violation of 17 U.S.C. §§ 106 and 501 *et seq*.

63. Roblox is liable as a contributory copyright infringer because, with knowledge of the infringing activity, it intentionally induced the direct infringement of its users and developers as described above. Roblox instructs users on how to upload music to its platform and actively promotes its platform to be used for sharing commercial music. Roblox's users and developers engaged in massive amounts of direct infringement as a consequence of Roblox's active involvement in and inducement of the infringement.

64. Roblox is also liable as a contributory copyright infringer because Roblox was in the position to control the use of Plaintiff's Work and it authorized the infringing use of the Plaintiff's Work as described above. Roblox reviews every single audio file before allowing it onto the platform; thus, Roblox should have known that it was allowing Mr. Binello to infringe on the Plaintiff's rights when Mr. Binello uploaded the Plaintiff's Work. Roblox contributed to Mr. Binello's, and other users, direct infringement of Plaintiff's Work, including through the actions described above.

65. As a result, Roblox is contributorily liable for the unlawful infringement of Plaintiff's Work, in violation of Plaintiff's exclusive rights under the copyright laws of the United States.

66. Roblox's acts of infringement are willful, intentional, and purposeful, in disregard of and with indifference to Plaintiff's rights.

67. As a direct and proximate result of Roblox's infringement of Plaintiff's copyright, Plaintiff is entitled to his actual damages pursuant to 17 U.S.C. § 504(b), including Roblox's profits from infringement, as will be proven at trial.

**COUNT III – Vicarious Copyright Infringement**

68. Plaintiff repeats and re-alleges each and every allegation in paragraphs 1 through 67 as if fully set forth herein.

69. Roblox's users have reproduced, distributed, adapted, and publicly performed the copyrighted work for which Plaintiff is the legal copyright owner. The

1  foregoing activity constitutes direct infringement by Roblox's users in violation of 17
2  U.S.C. §§ 106 and 501 *et seq*.

3  70. Roblox is liable as a vicarious copyright infringer for the direct infringement of its users and developers as described above. Roblox has the right and ability to supervise and control the infringing activities that occur on its platform, and at all relevant times, derived obvious and direct financial benefits from the infringement of Plaintiff's Work occurring on the platform. Roblox reviews every piece of uploaded content before it is published, has content guidelines based on what Roblox deems is acceptable, and reserves the right to remove infringing material. Roblox failed to exercise its authority with respect to the Plaintiff's Work leading to the infringement of users and developers. By receiving a fee each time a user downloads the Plaintiff's Work, or any other work, Roblox stands to make an obvious and direct financial interest.

71. As a result, Roblox is vicariously liable for the unlawful infringement of Plaintiff's copyrighted work under the copyright laws of the United States.

72. Roblox's acts of infringement are willful, intentional, and purposeful, in disregard of and with indifference to Plaintiff's rights.

73. As a direct and proximate result of Roblox's infringement of Plaintiff's copyright, pursuant to 17 U.S.C. § 504(b), Plaintiff shall be entitled to his actual damages, including Roblox's profits from infringement.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands a jury trial on all matters triable to a jury and prays for judgment from this Court against Roblox as follows:

a. For a declaration that Alex Binello has willfully infringed the Plaintiff's Work in violation of the Copyright Act; For Plaintiff's actual damages pursuant to 17 U.S.C. § 504(b), including MeepCity's profits from infringement, in an amount to be proven at trial.

b. For a declaration that Roblox has willfully infringed the Plaintiff's Work, as a direct infringer, and as a contributory and vicarious infringer, in violation of the

1  Copyright Act; For Plaintiff's actual damages pursuant to 17 U.S.C. § 504(b), including
2  Roblox's profits from infringement, in an amount to be proven at trial.

3      a.    For such equitable relief under Title 17, Title 28, and/or the Court's inherent authority as is necessary to prevent or restrain infringement of Plaintiff's Work, including a permanent injunction requiring that Roblox and its officers, agents, servants, employees, attorneys, directors, successors, assigns, licensees, and all others in active concert or participation with any of them, cease infringing, or causing, aiding, enabling, facilitating, encouraging, promoting, inducing or materially contributing to or participating in the infringement of Plaintiff's rights in his Work;

    b.    For pre-judgment and post-judgment interest at the applicable rate on any monetary award made part of the judgment against Roblox; and

    c.    For such other and further relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff respectfully demands a trial by jury for all issues that are subject to trial by jury in this matter.

Dated: September 16, 2024    */s/ Ryan E. Hatch*
    Ryan E. Hatch
    ryan@hatchlaw.com
    **HATCH LAW, PC**
    13323 Washington Blvd., Suite 302
    Los Angeles, CA 90066
    Tel: (310) 279-5076
    Fax: (310) 693-5328

    James B. Haddow, Esq. (*Pro Hac Vice* forthcoming)
    Michael A. Poulin, Esq. (*Pro Hac Vice* forthcoming)
    **PETRUCCELLI, MARTIN & HADDOW, LLP**
    2 Monument Square, Suite 900
    P.O. Box 17555
    Portland, Maine 04112-8555
    Tel:(207) 775-0200
    jhaddow@pmhlegal.com
    mpoulin@pmhlegal.com

    *Attorneys for Plaintiff Aaron Robinson*