# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**SR 1-002-128**

**Effective Date of Registration:**
June 20, 2024
**Registration Decision Date:**
June 27, 2024



## Copyright Registration for a Group of Works Published on the Same Album
Registration issued pursuant to 37 C.F.R. § 202.4(k)

### Titles

| | |
|---|---|
| **Group Title:** | Works published on the album Ragtime |
| **Album Title:** | Ragtime |
| • **Title of Work:** | Maple Leaf Rag, Album Track Number 1 |
| • **Title of Work:** | Elite Syncopations, Album Track Number 2 |
| • **Title of Work:** | Carolina Shout, Album Track Number 3 |
| • **Title of Work:** | Cafe Society Rag, Album Track Number 4 |
| • **Title of Work:** | King Porter Stomp, Album Track Number 5 |
| • **Title of Work:** | Dizzy Fingers, Album Track Number 6 |
| • **Title of Work:** | 12th Street Rag, Album Track Number 7 |
| • **Title of Work:** | Crazy Rhythm, Album Track Number 8 |
| • **Title of Work:** | Granite Hall Rag, Album Track Number 9 |
| • **Title of Work:** | Bluet Rag, Album Track Number 10 |
| • **Title of Work:** | Artistic Rag, Album Track Number 11 |

### Completion/Publication

| | |
|---|---|
| Year of Completion for the Works Published on the Album: | 1999 |
| Date of First Publication for the Album: | May 03, 1999 |
| Nation of First Publication: | United States |
| Works released on a digital album: | No |
| Works released on a physical product: | Yes |

### Author

| | |
|---|---|
| • **Author:** | Aaron Robinson |
| **Author Created:** | Sound recording(s): All Tracks Being Registered |

Page 1 of 2

|  |  |
|---|---|
| Citizen of: | United States |

## Copyright Claimant

|  |  |
|---|---|
| Copyright Claimant: | Aaron Robinson |
|  | 737 West Alna Road, Alna, ME, 04535, United States |

## Rights and Permissions

|  |  |
|---|---|
| Organization Name: | Petruccelli, Martin & Haddow, LLP |
| Telephone: | (207)775-0200 |
| Address: | PO Box 17555 |
|  | Portland, Maine 04112 United States |

## Certification

|  |  |
|---|---|
| Name: | Michael A. Poulin |
| Date: | June 18, 2024 |

---

| | |
|---|---|
| Correspondence: | Yes |
| Copyright Office notes: | Regarding group registration: A group of sound recordings and any associated literary, pictorial, or graphic works may be registered in Class SR under 37 C.F.R. 202.4(k) if the following requirements have been met: 1) all of the works must be contained on the same album, as defined in 37 C.F.R. 202.4(k)(1)(i); 2) the group may include up to twenty sound recordings, together with any associated literary, pictorial, or graphic works included with the same album; 3) all the works in the group must be published on the same album and on the same date, all the works must be first published in the same country, and the date and nation of first publication for the album must be specified in the application; 4) the application must provide the title for the album and a title for each work in the group; 5) all the works in the group must be created by the same author, or the works must have a common joint author; 6) the copyright claimant or co-claimants for all of the works in the group must be the same person or organization; and 7) the works may be registered as works made for hire if they are identified in the application as such. |